IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GARY ROEBER,

        Plaintiff,

v.

HILTON WORLDWIDE HOLDINGS INC.;
4TH GENERATION DEVELOPMENT INC.;
KEENAN MANAGEMENT, LLC; and
RICHARD SIMMONS,

        Defendants.

_____

Case No.: 1:25-cv-04908

## DECLARATION OF JAMES O. SMITH

**JAMES O. SMITH,** declares the following under penalty of perjury:

    1.    I am the Vice President and Assistant Secretary of Hilton Worldwide Holdings Inc. ("HWHI") and make this affidavit based upon my personal knowledge and the file materials maintained in the ordinary course of HWHI's business to which I have had access.

    2.    Plaintiff in this case commenced a lawsuit against HWHI, among others, allegedly arising from an incident on May 11, 2023 at the Hampton Inn by Hilton North Platte located at 200 Platte Oasis Parkway, North Platte, NE 69101 (the "Hotel"), notwithstanding the fact that the Hotel is independently owned and operated by named Defendant 4th Generation Development Inc. ("Franchisee") pursuant to a franchise agreement.

    3.    HWHI is the parent holding company of the Hilton hotel and hospitality business. HWHI is incorporated in Delaware and headquartered in Virginia. HWHI has no employees and is the issuer of common stock listed for trading on the New York Stock Exchange.

    4.    HWHI neither holds title to nor leases any real property in Illinois.

**EXHIBIT 1**

5. HWHI is not a party to any agreement for any hotel or resort located in Illinois.

6. HWHI is not a party to the franchise agreement related to the Hotel (which is not located in Illinois).

7. HWHI neither owns, operates, manages, controls, nor has any involvement in the day-to-day operations of the Hotel.

8. HWHI neither controls nor operates the Hotel's facilities, systems, or equipment in any way.

9. HWHI has never held title to nor leased the real property associated with the Hotel.

10. HWHI neither employs, controls, manages, nor supervises the personnel working at the Hotel.

11. If called upon to testify, I will repeat the same things that I have stated in this declaration.

Pursuant to 18 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 10th day of July 2025 at McLean, Virginia.

_____
JAMES O. SMITH

**EXHIBIT 1**